CHARLES STAACKE, by GUARDIAN, PLAINTIFF, v. JOHN C. PREBLE AND OTHERS, DEFENDANTS.

*Practice — duty of the plaintiff to prepare and serve papers when exceptions are ordered to be heard in the first instance at the General Term — Code of Civil Procedure, sec. 1000 — in case of his failure to do so judgment will be ordered for the respondent.*

Upon the trial of this action at the circuit, an order was made dismissing the complaint and directing that the exceptions be heard in the first instance at the General Term, and that the judgment be in the meantime suspended. The plaintiff having failed to prepare and serve the proper papers the respondent noticed the motion for argument.

*Held,* that he was entitled to an order overruling the exceptions and denying the motion for a new trial, and directing judgment to be entered in his favor.

MOTION for a new trial, on exceptions ordered to be heard in the first instance at the General Term, after an order had been made at the Kings County Circuit dismissing the complaint and directing that the judgment be suspended until the hearing should be had.

*C. J. Patterson,* for the plaintiff.

*John H. V. Arnold,* for the defendant.

HUN--VOL. XLIII    56

BARNARD, P. J. :

The plaintiff was nonsuited upon the trial before Justice BART-
LETT and a jury, and an exception was taken by the plaintiff's
attorney to the decision of the judge dismissing the complaint.
Upon the motion of the plaintiff's attorney the exception was
directed to be heard in the first instance at the General Term, and, in
the meantime, the judgment was ordered to be suspended. By section
1000 (Code Civil Pro.) it is provided that the exception "must be
heard upon a motion for a new trial, which must be decided by the
General Term." By the same section it is provided that the motion
for a new trial is "deemed to have been made when the order was
granted," and either party may notice it for hearing at the General
Term upon the exception. There was then a motion for a new trial
pending in the General Term, which could be brought to a hearing
by either party. The plaintiff was bound to prepare and serve the
proper papers for the argument. This he has failed to do. The
respondent has noticed the motion for the hearing deemed to be
made at the circuit. He is entitled to a denial of the motion for a
new trial as well by default of the moving party as upon the argu-
ment. Unless the order sending the exception to the General Term
be revoked, the same must be decided by the General Term. If
the party fails to appear at the General Term, the case may be
decided against him by default, as in other motions.

Motion for a new trial denied and exception overruled, and
judgment for defendant upon the decision at circuit, with costs.

DYKMAN and PRATT, JJ., concurred.

Motion for new trial on exception denied, exceptions overruled,
and judgment of circuit affirmed, with costs.